# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judith M Ockenfels, | No. CV-17-00140-TUC-FRZ |
| Plaintiff, | **ORDER** |
| v. | |
| CitiBank NA, | |
| Defendant. | |

Plaintiff Judith M. Ockenfels brought this action against Defendant CitiBank, NA, on March 30, 2017 by filing a pro se "Complaint for Damages and Injunctive Relief" which sets forth six counts alleging violations of the (I) Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, and Abusive Telemarketing Acts or Practices, 15 U.S.C. § 6102-16 CFR § 310; (II) Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*; and (III) negligent duty of care; and (IV) tortious interference and loss of opportunity.

In response to the Complaint, Defendant filed a Motion to Compel Arbitration (Doc. 7). Also pending are Plaintiff's "Motion to Strike Defendant's Statements and Affiant Declaration(s) as Hearsay and Best Evidence as Misrepresented" (Doc 17); and Plaintiff's "Motion to Compel Disclosure Under Rule 26(a) and Order Rule 37(c) Sanctions for Defendant's Refusal to Cooperate in Rule 26(f) Meet and Confer and for Failure to Provide Required Initial Disclosures" (Doc. 19).

Plaintiff's "Motion to Strike Defendant's Statements and Affiant Declaration(s) as Hearsay and Best Evidence as Misrepresented" is neither supported in law nor presented

in a procedurally proper manner; therefore, the motion shall be denied.

Furthermore, Plaintiff's "Motion to Compel Disclosure Under Rule 26(a) and Order Rule 37(c) Sanctions for Defendant's Refusal to Cooperate in Rule 26(f) Meet and Confer and for Failure to Provide Required Disclosures" is premature and unsupported on a legal basis. Accordingly, this motion shall also be denied.

Pending review and a determination is Defendant's Motion to Compel Arbitration, to which Plaintiff filed a response in opposition, and Defendant has replied thereto.

Based on the foregoing,

IT IS ORDERED that Plaintiff's Motion to Strike Defendant's Statements and Affiant Declaration(s) as Hearsay and Best Evidence as Misrepresented (Doc 17) is DENIED;

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Disclosure Under Rule 26(a) and Order Rule 37(c) Sanctions for Defendant's Refusal to Cooperate in Rule 26(f) Meet and Confer and for Failure to Provide Required Initial Disclosures (Doc. 19) is DENIED;

IT IS FURTHER ORDERED, absent proper motion and leave of Court, there shall be no further filings until the Court has rendered a decision on Defendant's Motion to Compel Arbitration.

Dated this 1st day of September, 2017.

_____
Honorable Frank R. Zapata
Senior United States District Judge