# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judith M. Ockenfels,<br><br>    Plaintiff,<br><br>v.<br><br>CitiBank N.A.,<br><br>    Defendant. | No. CV-17-140-TUC-FRZ<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii) (Doc. 84) filed by Plaintiff Judith M. Ockenfels, by and through her own counsel, and Defendant Citibank, N.A., by and through its attorneys, notifying the Court that the parties have finalized and executed a written settlement agreement,

**IT IS HEREBY ORDER** that this action is **dismissed** with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

Dated this 25th day of September, 2020.

_____
Honorable Frank R. Zapata
Senior United States District Judge